BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. MANNINA ) | Case No. 17-cv-1850 AC |
| ) | |
| Plaintiff, ) | ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ~~PROPOSED~~ ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to May 11, 2018.

DATED: April 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1