BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. MANNINA | ) | Case No. 17-cv-1850 AC |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | ) | |
| COMMISSIONER OF SSA | ) | |
| Defendant. | ) | |

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to June 1, 2018.

DATED: May 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1