BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517
besshelena@earthlink.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. MANNINA

Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SSA,
Defendant.

Case No. 17-1850 AC

**~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION (ECF No. 23), IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS (**$7,500.00**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: April 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE